IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § § | 1:20-cv-265-HSO<br>1:18-cr-37-HSO-JCG-1 |
| JULIO CHANTELLO WILLIAMS | § | |

## FINAL JUDGMENT OF DISMISSAL

**BEFORE THE COURT** is Defendant Julio Chantello Williams's Motion [69] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255.  For the reasons given in the Memorandum Opinion and Order denying Defendant's Motion [69] to Vacate, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 30th day of December, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE